UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:24-cv-00169 |
|---|---|---|---|

| Michael L. Vickers; Sheriff Brad Coe, in his official capacity; Kinney County, Texas; Atascosa County, Texas |
|---|
| *versus* |
| Joseph R. Biden, Jr., President, in his official capacity; et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matt A. Crapo<br>Immigration Reform Law Institute<br>25 Massachusetts Ave., NW, Suite 335<br>Washington, DC 20001<br>571-435-3582; mcrapo@irli.org<br>Dist. of Columbia, 473355<br>Fifth Circuit Court of Appeals; U.S. District Court for Dist. of Columbia |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs Michael L. Vickers; Sheriff Brad Coe, in his official capacity; Kinney County, Texas; Atascosa County, Texas |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/31/2024 | Signed: /s/ Matt Crapo |
|---|---|

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge