United States District Court
Southern District of Texas
**ENTERED**
August 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:24-cv-00169 |
|---|---|---|---|

Michael L. Vickers; Sheriff Brad Coe, in his official capacity; Kinney County, Texas; Atascosa County, Texas

*versus*

Joseph R. Biden, Jr., President, in his official capacity; et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher J. Hajec<br>Immigration Reform Law Institute<br>25 Massachusetts Ave., NW, Suite 335<br>Washington, DC 20001<br>540-205-7986; chajec@irli.org<br>Dist. of Columbia, 492551<br>U.S. Court of Appeals for Dist. of Columbia; U.S. District Court for Dist. of Columbia |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs Michael L. Vickers; Sheriff Brad Coe, in his official capacity; Kinney County, Texas; Atascosa County, Texas |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/31/2024 | Signed: | /s/ Christopher Hajec |
|---|---|---|

The state bar reports that the applicant's status is:  GOOD STANDING

Dated: August 02, 2024    Clerk's signature: *Arlene Rodriguez*

### Order

This lawyer is admitted *pro hac vice*.

Dated: August 02, 2024

United States District Judge