IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL L. VICKERS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | No. 2:24-cv-00169 |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

The following are persons, associations, unites of government, or other entities, including parties to this litigation, that are financially interested in the outcome of the litigation:

1. Plaintiff Michael L. Vickers has a financial interest in the outcome of this litigation due to the costs imposed on him by the conduct of Defendants as alleged in the complaint.

2. Plaintiff Sheriff Brad Coe in his official capacity has a financial interest in the outcome of this litigation due to the fiscal costs imposed upon his office by the conduct of Defendants. By extension, other sheriffs in the State of Texas who are not named parties in this case may have a similar financial interest in the outcome of this legislation.

3. Plaintiffs Kinney and Atascosa counties have a financial interest in the outcome of this litigation due to the fiscal costs imposed upon them by the conduct of Defendants. By extension, other counties in the State of Texas that are not named

parties in this case may have a similar financial interest in the outcome of this legislation.

4. The Immigration Reform Law Institute is a non-profit organization that has a financial interest in the outcome of this litigation because it is bearing the litigation costs of Plaintiffs. There is no parent corporation of the Immigration Reform Law Institute.

Dated: August 20, 2024,               Respectfully submitted,

/s/ Matt Crapo
MATT A. CRAPO
D.C. Bar No. 473355
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, D.C. 20001
(202) 232-5590
mcrapo@irli.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2024, this Certificate of Interested Parties has been served on all parties by operation of the CM/ECF system.

*/s/ Matt Crapo*