United States District Court
Southern District of Texas
**ENTERED**
September 20, 2024
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:24-cv-00169 |
|---|---|---|---|

Michael Louis Vickers, et al.,

*versus*

Joseph R. Biden, Jr., et al.,

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joseph Anton Darrow<br>U.S. Department of Justice, Civil Division, OIL-DCS<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>202-598-7537 joseph.a.darrow@usdoj.gov<br>New York State #5326939 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants (federal government) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/19/2024 | Signed: s/Joseph A. Darrow |
|---|---|

| The state bar reports that the applicant's status is: | Currently Registered |
|---|---|
| Dated: 09/20/2024 | Clerk's signature: *Arlene Rodriguez* |

### Order

This lawyer is admitted *pro hac vice*.

Dated: 09/20/2024

United States District Judge