AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| Michael R. Vickers, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-00169 |
| Joseph R. Biden, Jr., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants - Joseph Biden; USA; DHS; CBP; USCIS; Mayorkas; Miller; Lechleitner; Jaddou.

Date: 09/20/2024

s/Joseph A. Darrow
*Attorney's signature*

JOSEPH A. DARROW (NY 5326939)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation - DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
*Address*

joseph.a.darrow@usdoj.gov
*E-mail address*

(202) 598-7537
*Telephone number*

(202) 305-7000
*FAX number*