**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| Michael Louis Vickers, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 2:24-cv-00169 |
| | § | |
| Joseph R. Biden, Jr., et al., | § | |
| | § | |
| Defendants. | § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION**
**FOR EXTENSION OF THEIR DEADLINE TO RESPOND TO THE COMPLAINT**

Before the Court is Defendants' Unopposed Motion for Extension of Their Deadline to Respond to the Complaint. Upon consideration of this Motion, Plaintiffs' lack of opposition, and all related filings, and for good cause shown:

The Motion is GRANTED. Defendants shall have until November 14, 2024, to answer or otherwise respond to Plaintiffs' Complaint.

DATED: _____        SIGNED: _____

Hon. David S. Morales
U.S. DISTRICT JUDGE