Case 2:24-cv-00169   Document 14   Filed on 09/23/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL LOUIS VICKERS, *et al.*, | § | |
| Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00169 |
| JOSEPH R. BIDEN, JR. *et al.*, | § | |
| Defendants. | § | |

### ORDER

Before the Court is the Defendants' Unopposed Motion for Extension of Their Deadline to Respond to the Complaint. (D.E. 13). Defendants request that the Court extend their answer deadline by thirty days. *Id.* at 2. After review, the Court **GRANTS** the motion. (D.E. 13). Defendants must answer or otherwise respond to the complaint **on or before November 14, 2024.**

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
September 23rd, 2024