AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| MICHAEL L. VICKERS; SHERIFF BRAD COE, in his official capacity; KINNEY COUNTY, TEXAS; and ATASCOSA COUNTY, TEXAS<br><br>*Plaintiff(s)*<br>v.<br>JOSEPH R. BIDEN, JR., President, in his official capacity, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:24-cv-00196

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America

> Office of United States Attorney
> Southern District of Texas
> 1000 Louisiana, Ste. 2300
> Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christopher J. Hajec
> Immigration Law Reform Institute
> 25 Massachussetts Ave., NW, Suite 335
> Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: August 2, 2024

*s/ Verlinda Rios*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00169

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   United States of America

was received by me on *(date)*   08/02/2024   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On August 6, 2024, I served this summons and Plaintiffs' original complaint, via certified mail, return receipt requested #7002 3150 0003 3823 3493, to the address below. The summons was delivered on August 13, 2024, as depicted on the attached return receipt.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   09/25/2024

_____
/s/ Matt Crapo
*Server's signature*

_____
Matt A. Crapo, Attorney
*Printed name and title*

_____
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
*Server's address*

Additional information regarding attempted service, etc:
United States of America
Office of United States Attorney
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
Office of United States Attorney
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                      ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
                                     8/13/24

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number

7002 3150 0003 3823 3493

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1035