AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

MICHAEL L. VICKERS; SHERIFF BRAD COE, in his official capacity; KINNEY COUNTY, TEXAS; and ATASCOSA COUNTY, TEXAS

*Plaintiff(s)*

v.

JOSEPH R. BIDEN, JR., President, in his official capacity, et al.

*Defendant(s)*

Civil Action No. 2:24-cv-00196

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph R. Biden, Jr.
President of the United States
1600 Pennsylvania Ave., NW
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher J. Hajec
Immigration Law Reform Institute
25 Massachussetts Ave., NW, Suite 335
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: August 2, 2024

*s/ Verlinda Rios*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00169

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joseph R. Biden, Jr., President of the United States
was received by me on *(date)* 08/02/2024 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On August 6, 2024, I served this summons and Plaintiffs' original complaint, via certified mail, return receipt requested #7002 3150 0003 3823 3448, to the address below. The summons was delivered on August 16, 2024, as depicted on the attached return receipt and USPS tracking report.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/25/2024

/s/ Matt Crapo
*Server's signature*

Matt A. Crapo, Attorney
*Printed name and title*

Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
*Server's address*

Additional information regarding attempted service, etc:
Joseph R. Biden, Jr.
President of the United States
1600 Pennsylvania Ave., NW
Washington, DC 20500

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Joseph R. Biden, Jr.<br>President of the United States<br>1600 Pennsylvania Ave., NW<br>Washington, DC 20500 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MSOD Mail Operation | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | | |
| PS Form 3811, August 2001   Domestic Return Receipt | | 102595-02-M-1035 |

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70023150000338233448

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered and is available at a PO Box at 4:01 am on August 16, 2024 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, PO Box**
WASHINGTON, DC 20500
August 16, 2024, 4:01 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs