AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| Michael R. Vickers, et. al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   Case No. 2:24-cv-00169 |
| Joseph R. Biden, Jr., et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Additional counsel for all Defendants                                                                                       .

Date:     10/02/2024

/s/ Erika Norman
*Attorney's signature*

Erika Norman (CA Bar #268425)
*Printed name and bar number*

U.S. Department of Justice, ERND
Natural Resources Section
150 M Street, NE
Washington, D.C. 20002

*Address*

erika.norman@usdoj.gov
*E-mail address*

(202) 305-0475
*Telephone number*

(202) 305-0506
*FAX number*