UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Michael Louis Vickers | § | |
| | § | |
| v. | § | Case No.: 2:24cv169 |
| | § | |
| Joseph R. Biden, Jr., et al | § | |

### NOTICE OF VIDEO TELECONFERENCE RE-SETTING

Parties are advised that a video teleconference has been scheduled before **United States District Court Judge David S. Morales** for the following date and time:

**October 15, 2024 at 2:30 p.m. (Central)**

**Re: Initial Pretrial Conference**

Join ZoomGov Meeting
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679

Date: October 4, 2024

**BY ORDER OF THE COURT**
Nathan Ochsner, Clerk of Court
By : /s/ Arlene Rodriguez
Case Manager to Judge David S. Morales
Tel.: 361-888-3369