# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| MICHAEL LOUIS VICKER, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-cv-00169 |
| | § | |
| JOSEPH R. BIDEN, JR., *President in his official capacity*, ET AL | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

Please take notice that the undersigned Assistant United States Attorney, Alyssa Iglesias, on behalf of Joseph R. Biden, Jr., President, in his official capacity, et al appears as co-counsel in this lawsuit, in addition to Joseph Anton Darrow and Erika Danielle Norman, the current attorneys of record.

Respectfully submitted,

**ALAMDAR S. HAMDANI**
UNITED STATES ATTORNEY
Southern District of Texas

By:   *s/ Alyssa Iglesias*
**ALYSSA IGLESIAS**
Assistant United States Attorney
Southern District of Texas No.: 3610302
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Alyssa.Iglesias@usdoj.gov

## CERTIFICATE OF SERVICE

I, Alyssa Iglesias, Assistant United States Attorney for the Southern District of Texas, hereby certify that on October 7, 2024, I electronically filed the foregoing using the ECF system which will send notification to all counsel of record.

*s/ Alyssa Iglesias*
**ALYSSA IGLESIAS**
Assistant United States Attorney