THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Michael Louis Vickers, et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO: 2:24-cv-00169 |
| Joseph R. Biden, Jr., et al., | § § § | |
| Defendants. | § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENTED-TO MOTION FOR EXTENSION OF THEIR DEADLINE TO RESPOND TO THE COMPLAINT TO CONDUCT JURISDICTIONAL DISCOVERY**

Before the Court is Defendants' Consented-To Motion for Extension of Their Deadline to Respond to the Complaint To Conduct Jurisdictional Discovery. Upon consideration of this Motion, Plaintiffs' consent, and all related filings, and for good cause shown:

The Motion is GRANTED. Defendants shall have until December 16, 2024, to answer or otherwise respond to Plaintiffs' Complaint.

DATED: _____                    SIGNED: _____
                                                          Hon. David S. Morales
                                                          U.S. DISTRICT JUDGE