United States District Court
Southern District of Texas
**ENTERED**
October 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL LOUIS VICKERS, *et al.*, § § Plaintiffs, § V. § JOSEPH R. BIDEN, JR. *et al.*, § § Defendants. § § § § | CIVIL ACTION NO. 2:24-CV-00169 |

### ORDER

Before the Court is Defendants' motion. (D.E. 20). Defendants request that the Court extend their deadline to answer or otherwise respond to the complaint by thirty days for the purpose of conducting jurisdictional discovery. *Id.* at 3. After review, the Court **GRANTS** the motion. (D.E. 20). Defendants must answer or otherwise respond to the complaint **on or before December 16, 2024.**

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
        October 19th, 2024

1 / 1