IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL L. VICKERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., President, in his official capacity, *et al.*, <br><br> Defendants. | Civil Action No. 2:24-cv-00169 |

**PRELIMINARY INJUNCTION**

On the Plaintiffs' Motion for Preliminary Injunction, the Court finds that Plaintiffs are likely to prevail on the merits of their Take Care claim and that they are suffering and will continue to suffer irreparable harm if Defendants' are not enjoined. The Court further finds that the balance of equities and the public interest favor enjoining Defendants pending a final judgment. Accordingly, Defendants are enjoined from implementing or continuing to implement the following policies, guidelines, programs or processes:

- Defendants' Border Wall Plan Pursuant to Presidential Proclamation 10142;

- Defendants' "Guidelines for the Enforcement of Civil Immigration Law" (Sept. 30, 2021);

- Defendants' "Termination of the Migrant Protection Protocols" (Oct. 29, 2021);

- Defendants' "CHNV Parole Program", as set forth and described in the notices published at 88 Fed. Reg. 1266 (Jan. 9, 2023); 88 Fed. Reg. 1243 (Jan. 9, 2023); 88 Fed. Reg. 1255 (Jan. 9, 2023); and 88 Fed. Reg. 1279 (Jan. 9, 2023);

- Defendants' practice of granting parole to aliens who schedule an appointment at a port of entry using the CBP One application; and

- Defendants' "Family Reunification Parole (FRP) Process" as set forth and described in the notices published at 88 Fed. Reg. 43591 (July 10, 2023); 88 Fed. Reg. 43601 (July 10, 2023); 88 Fed. Reg. 43581 (July 10, 2023); and 88 Fed. Reg. 43611 (July 10, 2023).

Signed on _____, 2024.

                                                                       David S. Morales
                                                                       United States District Judge