# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Michael Louis Vickers, et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO: 2:24-cv-00169 |
| Joseph R. Biden, Jr., et al., | § § § | |
| Defendants. | § | |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY THE CASE OR AT A MINIMUM STAY BRIEFING OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION PENDING COMPLETION OF JURISDICTIONAL DISCOVERY

Before the Court is Defendants' opposed Motion to Stay the Case or at a Minimum Stay Briefing of Plaintiff's Motion for a Preliminary Injunction Pending Completion of Jurisdictional Discovery. Upon consideration of this Motion, and all response and replies thereto:

The Motion is GRANTED. This case is stayed pending further order of the Court.

DATED: _____                SIGNED: _____
                                 Hon. David S. Morales
                                 U.S. DISTRICT JUDGE