# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL L. VICKERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., President, in his official capacity, *et al.*, <br><br> Defendants. | Civil Action No. 2:24-cv-00169 |

## [PROPOSED] ORDER

On Defendants' motion to stay this case, the Court grants the motion in part and denies it in part. To preserve resources, the Court grants Defendants' motion insofar as it seeks to stay discovery and their deadline to respond or answer Plaintiffs' complaint. The motion is denied with respect to Plaintiffs' pending motion for preliminary injunction. Defendants must respond to Plaintiffs' pending motion for preliminary injunction on or before December 5, 2024, and Plaintiffs may file a reply on or before December 12, 2024. All other case deadlines are hereby stayed.

SO ORDERED.

Signed on _____, 2024.

_____
David S. Morales
United States District Judge