THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Michael Louis Vickers, et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO: 2:24-cv-00169 |
| | § § | |
| Joseph R. Biden, Jr., et al., | § § | |
| Defendants. | § § | |

### [PROPOSED] ORDER STAYING THE CASE

Before the Court is the parties' joint Motion to Stay the Case. Upon consideration of this Motion, and all related and relevant filings:

The Motion is GRANTED. This case is stayed pending further order of the Court. The parties are to file a joint status report with the Court on or before February 10, 2025, advising the Court of the status of the claims and proposing a schedule for future proceedings, should any be necessary.

DATED: _____                           SIGNED: _____
                                            Hon. David S. Morales
                                            U.S. DISTRICT JUDGE