Case 2:24-cv-00169   Document 31   Filed on 12/05/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL LOUIS VICKERS, *et al.*, § <br> § <br> Plaintiffs, § <br> V. § <br> § <br> JOSEPH R. BIDEN, JR. *et al.*, § <br> § <br> Defendants. § <br> § | CIVIL ACTION NO. 2:24-CV-00169 |

**ORDER**

Before the Court is the parties Joint Motion to Stay the Case motion. (D.E. 30). After review, the Court **GRANTS** the motion. (D.E. 30). Further, the Court **ORDERS** the parties to file a joint status report with the Court **on or before February 21, 2025**, advising the Court of the status of this matter and proposing a scheduling order, should one be necessary.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
December 5, 2024

1 / 1