THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Michael Louis Vickers, et al, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO: 2:24-cv-00169 |
| Joseph R. Biden, Jr., et al., | § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER PLACING CASE IN ABEYANCE

Before the Court is the parties' Joint Status Report and Request to Place Case in Abeyance. Upon consideration of this Report, and all related and relevant filings:

The Motion is GRANTED. This case is placed in abeyance for a period of 180 days. The parties are to file a joint status report with the Court on or before August 20, 2025, advising the Court of the status of the claims and proposing a schedule for future proceedings, should any be necessary.

DATED: _____     SIGNED: _____
                                       Hon. David S. Morales
                                       U.S. DISTRICT JUDGE