United States District Court
Southern District of Texas
**ENTERED**
April 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL LOUIS VICKERS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00169 |
| | § | |
| JOSEPH R. BIDEN, JR. *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

The Court has reviewed the parties' Joint Status Report and Request to Place Case in Abeyance. (D.E. 32). After careful consideration, the Court **ORDERS** Plaintiffs to meet and confer with Defendants to determine which claims are moot and file an advisory with the Court indicating same **on or before May 1, 2025.** Should any claims remain, the Court **ORDERS** Plaintiffs to refile an amended complaint **on or before May 14, 2025.**[1]

Further, the Court **ORDERS** (1) Plaintiffs to inform the Court whether the D.E. 25 motion for preliminary injunction is moot; and (2) Defendants to inform the Court whether the D.E. 27 motion to stay is moot.[2] The parties must do so **on or before May 1, 2025.**

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
April 2nd, 2025

---

[1] Given the recent administration change, Plaintiffs must ensure any amended complaint names the proper government officials they allege are currently responsible for the complained-of conduct.

[2] The parties may email the Court's case manager at Arlene_Rodriguez@txs.uscourts.gov.