UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Michael R. Vickers, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>Donald J. Trump, *et al.*,<br><br>  Defendants. | Case No. 2:24-cv-00169<br><br>**NOTICE OF APPEARANCE** |

  Please take notice that ELISSA P. FUDIM, U.S. Department of Justice, Civil Division, hereby enters her appearance on behalf of all Defendants. The contact information for the undersigned counsel is:

> Elissa Fudim
> U.S. Department of Justice, Civil Division
> Office of Immigration Litigation-GLA
> P.O. Box 868, Ben Franklin Station
> Washington, DC 20044
> Telephone: (202) 598-6073
> Facsimile: (202) 305-7000
> E-Mail: elissa.p.fudim@usdoj.gov

Date:  April 24, 2025                              Respectfully submitted,


/s/ *Elissa Fudim*
ELISSA FUDIM

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-6073
Email: Elissa.P.Fudim@usdoj.gov