# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL L. VICKERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., President, in his official capacity, *et al.*, <br><br> Defendants. | Civil Action No. 2:24-cv-00169 |

## Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs and their counsel hereby give notice that the above-styled action is voluntarily dismissed.

Each party shall bear its own costs and fees. The parties request that the Clerk of Court now close this case.

Respectfully submitted,

Date: April 30, 2025

/s/ Christopher J. Hajec
CHRISTOPHER J. HAJEC
D.C. Bar No. 492551
*Lead Counsel*
MATT A. CRAPO
D.C. Bar No. 473355
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, D.C. 20001
(202) 232-5590
chajec@irli.org
mcrapo@irli.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on April 30, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Christopher J. Hajec