Case 2:24-cv-00169   Document 36   Filed on 04/30/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL LOUIS VICKERS, *et al.*, | § § § | |
| Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00169 |
| | § | |
| JOSEPH R. BIDEN, JR. *et al.*, | § § | |
| Defendants. | § § § | |

### ORDER

Before the Court is Plaintiffs' notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (D.E. 35). Plaintiffs' notice of dismissal is effective because Defendants have not yet filed an answer or a motion for summary judgment in this matter. FED. R. CIV. P. 41(a)(1)(A)(i). The Court **DIRECTS** the Clerk of Court to **CLOSE** this case. The parties shall be responsible for their own attorney fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
April 30th, 2025